# EXHIBIT A-1

## CRIME STATISTICS:

- UCMT Family of Schools Campus Security Policy is described in the the UCMT Family of Schools Catalog/Handbook.

**Salt Lake Campus:**
- In the year 2010, there were no reported crimes

**Lindon Campus:**
- In the year 2010, there were no reported crimes

**Las Vegas Campus:**
- In the year 2010, there were no reported crimes

**Tempe Campus:**
- In the year 2010, there were no reported crimes

**Phoenix Campus:**
- In the year 2010, there were no reported crimes

**Westminster Campus:**
- In the year 2010, there were no reported crimes

**Aurora Campus:**
- In the year 2010, there were no reported crimes

In compliance with THE DRUG FREE SCHOOLS AND COMMUNITIES ACT, UCMT Family of schools prohibits the use of alcohol or illegal drugs on campus. Students and employees are required to inform the School if they are convicted of any drug abuse charge in a federal, state, or local court within five days of conviction. In addition, the UCMT Family of Schools provides support to students with drug or alcohol abuse problems through referral and counseling. Information is made available to students by administrative staff. Also, prevention and intervention materials are posted on student bulletin boards. The UCMT Family of School's Drug-Free School Policy is described in the UCMT Family of Schools Catalog/Handbook.

## STUDENT ACKNOWLEDGMENTS:

### Arbitration Agreement

You, the student, and Steiner Education Group ("SEG") agree that any dispute or claim between you and SEG (or any company affiliated with SEG or any of its or SEG's officers, directors, employees or agents) arising out of or relating to (i) this Enrollment Agreement, or the Student's recruitment, enrollment or attendance at SEG, (2) the education provided by SEG, (3) SEG's billing, financial aid, financing options, disbursement of funds or career service assistance, (4) the enforceability, existence, scope or validity of this Arbitration Agreement, or (5) any claim relating in any manner, to any act or omission regarding Student's relationship with SEG or SEG's employees, whether such dispute arises before, during or after Student's attendance at SEG, and whether the dispute is based on contract, statute, tort, or otherwise, shall be resolved through binding arbitration pursuant to this Section (the "Arbitration Agreement"). Arbitration shall be conducted in accordance with the Commercial Rules of the American Arbitration Association applying federal law to the fullest extent possible, and the substantive and procedural provisions of the Federal Arbitration Act (9 U.S.C. §§1-16) shall govern this Arbitration Agreement and any and all issues relating to the enforcement of the Arbitration Agreement and the arbitrability of claims between the parties. Judgment upon the award rendered by the Arbitrator may be entered in any court having competent jurisdiction. There shall be no right or authority for any claims within the scope of this Arbitration Agreement to be arbitrated or litigated on a class basis, or for the claims of more than one Student to be arbitrated or litigated jointly or consolidated with any other Student's claims. Each party shall bear the expense of its own counsel, experts, witnesses, and preparation and presentation of proofs. THIS ARBITRATION AGREEMENT LIMITS CERTAIN RIGHTS, INCLUDING THE RIGHT TO MAINTAIN A COURT ACTION, THE RIGHT TO A JURY TRIAL, THE RIGHT TO PARTICIPATE IN ANY FORM OF CLASS OR JOINT CLAIM, THE RIGHT TO ENGAGE IN DISCOVERY (EXCEPT AS PROVIDED IN THE APPLICABLE ARBITRATION RULES), AND THE RIGHT TO CERTAIN REMEDIES AND FORMS OF RELIEF. OTHER RIGHTS THAT YOU OR SEG WOULD HAVE IN COURT ALSO MAY NOT BE AVAILABLE IN ARBITRATION. RIGHT TO REJECT: I may reject this Arbitration Agreement by mailing a signed rejection notice to: Attention: Steiner Education Group Corporate Office, Compliance Department, 2001 W Sample Road, Ste. 318, Pompano Beach, FL 33064 within 30 days after the date I sign this Enrollment Agreement. Any rejection notice must include my name, address, telephone number.

### Photo Release

I agree to allow the Company to use my photo and testimonial in any and all media and marketing material, which may include catalog, video, commercial and/or website. This may include classroom, clinical, student life or special event settings.

Initials _____

### Field Trip Release

I understand as part of my educational experience I may participate in off campus field trips. I release the school of any/all liability while participating in these off-campus events. Students unable to participate in these functions will have alternative classes available to them.

Initials _____

### Confidential Information

I understand that, during my attendance at the school and thereafter, I will have access to Confidential Information belonging to the school including, but not limited to, course syllabi, tests, handouts, educational processes, and other proprietary instructional collateral. Except as required by law, I agree not to reproduce, distribute, or disclose any such Confidential Information to anybody outside the school during or after my attendance at the school. I agree that any violation by me of the agreement in this paragraph may cause the school irreparable harm and so the school shall be entitled to injunctive relief in addition to any other relief it might seek for such a violation.

Initials _____

Student Initials _____