# EXHIBIT 2





## why ucmt?

- Graduate from massage therapy school in just 7 months!
- Financial Aid is available to those who qualify.
- Day or evening programs are available.
- Graduate as an experienced massage therapist – our students perform more than 150,000 massages per year in our student clinics.
- UCMT has been specializing in massage therapy training for almost 25 years.
- All of the UCMT schools are accredited by the Accrediting Council on Continuing Education and Training (ACCET).
- The Professional Massage Therapy Program is programmatically accredited by the Commission on Massage Therapy Accreditation (COMTA).
- Many of the best spas in the nation travel to our schools every year to recruit our students before they even graduate!
- Career Services assistance is provided to all students and graduates throughout their careers!

Steiner Education Group     Our Locations     Continuing Education

    

DSMT Home   Program   Accreditation   Career Services   Financial Aid   Why Massage?   Public Clinic   Contact Us

## Public Clinic

Relax and enjoy the healing properties of massage therapy at one of our weekend massage clinics for only $25. That's right – **get a 50-minute, full-body massage for only $25!**

Our student therapists are trained in acupressure, cranial sacral therapy, injury massage, reflexology, sports massage, Russian sports massage, structural bodywork, Swedish massage, and trigger point therapy.

### Want to save even more on your massage?

Save up to 50% off the regular price of the service by purchasing one of our gift certificate packages. Savings start with the purchase of just 5 certificates! Call for details.

### Visit either of our two Denver-area locations:



**Westminster, CO**
8991 Harlan Street, Suite B
Westminster, CO 80031
Phone: (303) 426-5621



**Aurora, CO**
The Plaza at Aurora Mall
14107 East Exposition Avenue
Aurora, CO 80012
Phone: (303) 366-4325



Clinics are open Saturday and Sunday, from 8am – 5:30pm. No appointment is needed. Just come on in – first come, first served.

### We look forward to seeing you this weekend!

Massage Therapy Program | Accreditation | Career Services | Financial Aid | Why Massage? | Public Clinic | Contact Us | Home

Steiner Education Group cares about your privacy! If you would like to learn more about how we use the information you send us, please click here to read through our Privacy Policy.

For more information about our graduation rates, the median debt of students who completed the program, and other important information, please click here.

Copyright © 2014 Steiner Education Group
The Denver School of Massage Therapy is a member of the Steiner Education Group which offers training in massage therapy. Our campuses are located in Westminster and Aurora, Colorado. Accredited massage school.