EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-00990-RBJ

RHONDA NESBITT, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FCNH, INC., VIRGINIA MASSAGE THERAPY, INC., MID-ATLANTIC MASSAGE THERAPY, INC., STEINER EDUCATION GROUP, INC., STEINER LEISURE LTD., SEG CORT LLC, doing business as the "Steiner Education Group,"

    Defendants.

## AFFIDAVIT OF LESLIE KRUEGER-PAGETT

CITY AND COUNTY OF DENVER)
                                   ) s.s.
STATE OF COLORADO            )

    I, LESLIE KRUEGER-PAGETT, being over the age of 18, having been duly sworn, state and declare as follows according to my best knowledge, information and belief:

1. I am an attorney at the Sawaya & Miller Law Firm. I have entered my appearance in the above-captioned case.

2. On July 7, 2014 I contacted by telephone the American Arbitration Association.

3. I requested information regarding the individual fees or range of arbitrator's fees for commercial arbitration.

4. I was told that the association does not provide information regarding the arbitrator's fees and that each arbitrator determines their own individual fees.

5. I enquired whether I could obtain the information on the Association's website. I was told that that information was not available on the website.

1

6. I was told that after the initiation of an arbitration case information regarding arbitrators and their fees would be available.

*Leslie Krueger-Pagett*
Leslie Krueger-Pagett

Subscribed and sworn to before me this 8 day of July, 2014 by Leslie Krueger-Pagett

WITNESS MY HAND AND OFFICIAL SEAL

My Commission Expires: July 3, 2017

*Jessica Flack*
Notary Public

JESSICA FLACK
Notary Public
State of Colorado
Notary ID 20134041925
My Commission Expires Jul 3, 2017

2