EXHIBIT 4

FORM EXEMPT UNDER 44 U.S.C 3512

| INTERNET<br>FORM NLRB-501<br>(2-08) | UNITED STATES OF AMERICA<br>NATIONAL LABOR RELATIONS BOARD<br>**CHARGE AGAINST EMPLOYER** | **DO NOT WRITE IN THIS SPACE** | |
|---|---|---|---|
| | | Case | Date Filed |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

## 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer<br><br>FCNH, Inc.<br>Denver School of Massage Therapy | | b. Tel. No. 303-572-6500 (rep) |
|---|---|---|
| | | c. Cell No. |
| | | f. Fax No. |
| d. Address (Street, city, state, and ZIP code)<br>14107 E Exposition Ave.<br>Aurora, CO 80012 | e. Employer Representative<br>Talia Ballinger, Esq.<br>1200 Seventeenth St. - Ste 2400<br>Denver, CO 80202 | g. e-Mail<br>ballinger@gtlaw.com |
| | | h. Number of workers employed<br>hundreds to thousands |
| i. Type of Establishment (factory, mine, wholesaler, etc.)<br>For profit college | j. Identify principal product or service<br>Educational services | |

k. The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and (list

subsections) Sec. 7: engagement in protected concerted activity    of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are unfair practices affecting commerce
within the meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

I attended the Aurora campus of the Denver School of Massage Therapy (DSMT) from 2011 to 2012. There, I received education in how to become a massage therapist. But in addition to the educational services the school provided they had a practice of making every student, including me, perform massages for paying customers. During those massage "clinics" we students would not receive any instruction or meaningful supervision, other than to have a paying client introduced to us, on whom we would then perform a massage. I believe that we should have been paid for that work. Because I believed that, in April 2014 I had my attorneys file a collective and class action against DSMT in the CO federal district court. DSMT moved to dismiss the complaint claiming that I agreed to mandatory arbitration and not to join a class action. I think that requiring me to go on my own instead of being able to join in a collective and class action interferes with my rights to engage in protected concerted activity, as I understand it.

3. Full name of party filing charge (if labor organization, give full name, including local name and number)

Rhonda Lynnae Nesbitt

| 4a. Address (Street and number, city, state, and ZIP code)<br><br>3663 S. Sheridan Blvd., #J2<br>Denver CO 80235 | 4b. Tel. No. 720-338-0023 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-Mail<br>Rhonda876@yahoo.com |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit (to be filled in when charge is filed by a labor organization)

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements are true to the best of my knowledge and belief. | Tel. No.<br>720-338-0023 |
|---|---|
| By *(signature)*    Rhonda Lynnae Nesbitt<br>(signature of representative or person making charge)    (Print/type name and title or office, if any) | Office, if any, Cell No. |
| | Fax No. |
| Address    3663 S. Sheridan Blvd., #J2, Denver, CO 80235    6/18/14<br>(date) | e-Mail<br>Rhonda876@yahoo.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.