IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 14-cv-00990-RBJ | Date: March 10, 2016 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| RHONDA NESBITT<br>**Plaintiff** | *David H. Miller* |
| v. | |
| FCNH INC<br>VIRGINIA MASSAGE THERAPY INC<br>MID-ATLANTIC MASSAGE THERAPY INC<br>STEINER EDUCATION GROUP INC<br>STEINER LEISURE LTD<br>SEG CORT LLC<br>**Defendants** | *Jeffrey M. Lippa*<br>*Todd D. Wozniak via telephone*<br>*Scott Segal via telephone* |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session: 1:31 p.m.

Appearance of counsel.

Discussion held on the status of the case.

**ORDERED:** Plaintiff's oral motion to amend the complaint is GRANTED.

Parties agree to hold their Rule 26(f) conference on April 7, 2016 at 2:00 p.m. at a location agreeable to the parties.

**SCHEDULING CONFERENCE** set for May 6, 2016 at 8:30 a.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**Defense is allowed to take one hour depositions of each of four opt-in plaintiffs. The opt-in plaintiff that is out of state is to be conducted via telephone.**

**Plaintiff is allowed to take a four hour deposition of the 30(b)(6) witness.**

**[44] Motion for Judgment on the Pleadings is MOOT.**

**[28] Plaintiff's Motion for Conditional Certification of Collective Action is MOOT with leave to refile.**

Court in Recess:  2:04 p.m.          Hearing concluded.          Total time in Court:  00:33