# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-00990-RBJ

RHONDA NESBITT, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FCNH, INC., VIRGINIA MASSAGE THERAPY, INC., MID-ATLANTIC MASSAGE THERAPY, INC., STEINER EDUCATION GROUP, INC., STEINER LEISURE LTD., SEG CORT LLC, doing business as the "Steiner Education Group,"

Defendants.

---

**PLAINTIFF'S FILING OF AMENDED COMPLAINT**
**PURSUANT TO COURT'S MINUTE ORDER OF MARCH 10, 2016**

---

Plaintiff through counsel of record hereby files her Amended Complaint pursuant to the Court's Minute Order of March 10, 2016, attached as Exhibit 1.

Respectfully submitted and, dated this 28th day of April, 2016.

*s/ David H. Miller*

David H. Miller
Heather Joyce
SAWAYA & MILLER LAW FIRM
1600 Ogden Street
Denver, CO 80218
Telephone: 303-839-1650 x 1090
Fax: 720-235-4380
Email: DMiller@sawayalaw.com
Email: HJoyce@sawayalaw.com
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of April, 2016, a true and correct copy of the foregoing documents and attachments was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

To: Jeffrey Max Lippa
LippaJ@gtlaw.com

Todd Wozniak
wozniakt@gtlaw.com

Scott David Segal
ssegal@myhrattorney.com
scott@sdsegallaw.com

Counsel for Defendants

*s/David H. Miller*

David H. Miller