IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-00990-RBJ

RHONDA NESBITT, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

FCNH, INC.,
VIRGINIA MASSAGE THERAPY, INC.,
MID-ATLANTIC MASSAGE THERAPY, INC.,
STEINER EDUCATION GROUP, INC.,
STEINER LEISURE LTD.,
SEG CORT LLC, d/b/a as the "Steiner Education Group",

    Defendants.

## Order and FINAL JUDGMENT

On November 14, 2016 the Court issued an order granting in part defendants' motion for summary judgment. ECF No. 91. The effect of the order was the dismissal of plaintiffs' claims under the Fair Labor Standards Act. In doing this, however, the Court noted that the parties had not adequately briefed the issue of whether the grant of summary judgment on the FLSA claims effectively resolved plaintiff's state law claims. *Id.* at 17. The Court also *sua sponte* directed the parties to show cause as to why the state law claims should not be dismissed for lack of subject matter jurisdiction. *Id.* at 17-18.

Since that time the parties have submitted a number of filings concerning those issues. Both sides have agreed that the Court continues to have jurisdiction under the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d). *See* ECF No. 92 at 2-4; ECF No. 93 at 2. I agree. Plaintiffs have indicated that the only state claim claims presently before the Court are those

asserted under Colorado state law on behalf of the named plaintiff, Rhonda Nesbitt. *See* ECF No. 97 at 1-2, ECF No. 104 at 2-3. Finally, plaintiff has agreed that the resolution of the FLSA claims by this Court and, ultimately, by the Tenth Circuit will also determine the viability of plaintiff's Colorado state law claims. ECF No. 106.

Therefore, the Court now enters its final judgment dismissing all claims asserted by the plaintiffs in this case with prejudice. As the prevailing parties, defendants are awarded their reasonable costs to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(2) and D.C.COLO.LCivR 54.1.

DATED this 2nd day of March, 2017.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge