**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00990-RBJ

RHONDA NESBITT, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

FCNH, INC.,
VIRGINIA MASSAGE THERAPY, INC.,
MID-ATLANTIC MASSAGE THERAPY, INC.,
STEINER EDUCATION GROUP, INC.,
STEINER LEISURE LTD.,
SEG CORT LLC, d/b/a as the "Steiner Education Group",

    Defendants.

---

**AMENDED FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER [ECF No. 123] of Judge R. Brooke Jackson entered on October 17, 2017, it is

    ORDERED that all claims asserted by the plaintiff in this case were previously dismissed with prejudice.  It is

    FURTHER ORDERED that each party shall bear their own costs.

Dated at Denver, Colorado this 17th day of October, 2017.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

By:  s/   J. Dynes
        J. Dynes
        Deputy Clerk